AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. 1116, you are hereby advised that a court action has been filed in the U.S. District Court for the District of Oregon on the following

☐ Trademarks or ☑ Patents ( ☐ the patent action involves 35 U.S.C. § 292):

| DOCKET NO.<br>3:19–cv–01513–YY | DATE FILED<br>9/18/2019 | U.S. DISTRICT COURT<br>District of Oregon | |
|---|---|---|---|
| PLAINTIFF<br>Battery Conservation Innovations, LLC | | DEFENDANT<br>Leupold & Stevens, Inc. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 US 9,239,158 B2 | 1/19/2016 | Leigh M Rothschild | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above−entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above−entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK<br>MARY L. MORAN | (BY) DEPUTY CLERK<br>J. Harper | DATE<br>9/19/2019 |

**Copy 1 Upon initiation of action, mail this copy to Director    Copy 3 Upon termination of action, mail this copy to Director**
**Copy 2 Upon filing document adding patent(s), mail this copy to Director    Copy 4 Case file copy**